AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT

Duffield Marine, Inc., a California corporation
*Plaintiff(s)*
v.
Duffy Boat Rentals Long Beach aka Anchors Away Boat Rentals, a business of unknown form; and DOES 1-50, inclusive
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Duffy Boat Rentals Long Beach aka
Anchors Away Boat Rentals
2892 N. Bellflower Blvd., Suite 268
Long Beach, CA 90815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William R. Hart, Esq.
David Christopher Baker, Esq.
Hart King
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com